## Commonwealth *v*. Aikens, Appellant.

Before SMITH, JR., J.

Argued December 10, 1968. *Louis M. Natali*, Assistant Defender, with him *Melvin Dildine*, Assistant Defender, and *Herman I. Pollock*, Defender, for appellant; *James D. Crawford*, Assistant District Attorney, with him *Harold K. Don, Jr.*, Assistant District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.
Judgment of sentence affirmed.

## Commonwealth *v*. Ambrek, Appellant.

Before MONROE, J.

Submitted December 9, 1968. *Rodney D. Henry*, Public Defender, for appellant; *Howard T. Gathright*, Assistant District Attorney, and *Ward F. Clark*, District Attorney, for Commonwealth, appellee.
Order affirmed.